UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Daniel S. Miller,

        Plaintiff,

vs.

Richard Nikle,

        Defendant.

Civil No. 05-796 (RHK/RLE)

**ORDER**

---

This matter came before the Court via Stipulation to Remand to United States Bankruptcy Court (Doc. No. 11). Based upon the executed Stipulation, and upon all files, records and proceedings herein:

**IT IS HEREBY ORDERED**:

1. The Stipulation to Remand to United States Bankruptcy Court is approved in its entirety; and

2. This case shall be remanded to Bankruptcy Court so that the Settlement Agreement may be enforced and the Bankruptcy Court may issue a non-appealable Order.

Dated: January 3, 2006

                                      s/Richard H. Kyle
                                      RICHARD H. KYLE
                                      United States District Judge